

Lax & Neville llp

Barry R. Lax
Brian J. Neville
Sandra P. Lahens

Robert R. Miller
Adam J. Heckler
Mary Grace White
Steven T. Davis

of counsel
Robert J. Moses
Lisa A. Catalano
Robert J. Grand

of counsel
Janet K. DeCosta
washington, dc office

August 12, 2019

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 1105
New York, NY 10007

   Re: **James Lee v. Kylin Management LLC and Ted Kyung-Ho Kang**
     **Case No. 17-cv-7249 (JMF)**

Dear Judge Furman:

  This firm represents Plaintiff James Lee in the above-captioned matter. We write on behalf of Plaintiff and Defendants to inform the Court of the parties' decision to mediate and request an extension of the pretrial order deadline.

  Pursuant to this Court's July 31, 2019 Order (Doc. 116), the parties have conferred and agreed to a JAMS mediation with the Hon. Stephen Crane (Ret.). Given the schedules of the parties, their counsel and Judge Crane, we anticipate the mediation will take place toward the end of September. The parties therefore respectfully request extension of the deadline to submit a joint pretrial order and associated materials to October 31, 2019. This extension will permit the parties to continue their negotiations after the initial mediation session, to the extent necessary, and, should mediation fail, to prepare for the pre-trial submission.

                 Respectfully submitted,

| | |
|---|---|
| */s/ Jeffrey L. Liddle* | */s/ Barry R. Lax* |
| Jeffrey L. Liddle Esq. | Barry R. Lax, Esq. |
| Liddle & Robinson, LLP | Lax & Neville LLP |
| 1177 6th Avenue | 350 5th Avenue |
| 5th Floor | Suite 4640 |
| New York, NY 10036 | New York, NY 10118 |
| Attorney for Defendants | Attorneys for Plaintiff |

empire state building, 350 fifth avenue, suite 4640, new york, ny 10118, t: 212.696.1999, f: 212.566.4531

international square, 1875 eye street, nw, suite 500, washington, dc 20006, t: 202.792.0101

LaxNeville.com