UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES LEE,<br><br>                    Plaintiff,<br><br>         v.<br><br>KYLIN MANAGEMENT LLC, *et al.*,<br><br>                    Defendants. | No. 17 Civ. 7249 (JMF)<br><br>DECLARATION OF<br>EDWARD Y. KIM IN SUPPORT OF<br>DEFENDANTS' APPLICATION FOR<br>SUBSTITUTION OF COUNSEL |

   I, Edward Y. Kim, do hereby state and declare as follows:

   1. I am a partner at the law firm of Krieger Kim & Lewin LLP and a member of the bar of this Court.  Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I submit this declaration in support of the application of Defendants Kylin Management LLC and Ted Kyung-Ho Kang for an order substituting Krieger Kim & Lewin LLP as counsel of record for Defendants in place of Liddle & Robinson, L.L.P.

   2. As reflected in the accompanying stipulation, Defendants make this application because they have chosen to be represented in this matter by Krieger Kim & Lewin LLP.

   3. My firm is prepared to proceed in accordance with the schedule set forth in the Court's August 13, 2019 Order.  The substitution of counsel will not delay this case.

4. I do not presently know whether Liddle & Robinson, L.L.P. intends to assert any lien in connection with this case.

Dated: August 21, 2019
New York, New York

_____
Edward Y. Kim
KRIEGER KIM & LEWIN LLP